UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KIM MORTIMER, :
:
Plaintiff, :
: 22-cv-6926 (LJL)
-v- :
: ORDER
SCOTT GRODSKY et al., :
:
Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    No amended complaint has been filed in this action and thus the Clerk of Court is directed to enter judgment consistent with this Court's September 6, 2022 order. Dkt. No. 3.

    SO ORDERED.

Dated: December 21, 2022
       New York, New York
                                                LEWIS J. LIMAN
                                         United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022