**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
KIM MORTIMER,

                Plaintiff,

     -against-                                  22 **CIVIL** 6926 (LJL)

                                                    **JUDGMENT**

SCOTT GRODSKY et al.,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated December 21, 2022, and the Court's Order dated September 6, 2022, the Court has dismissed the complaint for failure to state a claim on which relief may be granted. No amended complaint has been filed in this action. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue); accordingly, the case is closed.

**Dated:**  New York, New York

       December 22, 2022

                                                                       **RUBY J. KRAJICK**

                                                                        **Clerk of Court**

                                     **BY:**     K. Mango

                                                                        **Deputy Clerk**